# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# SOUTHERN DIVISION

| | |
|---|---|
| Fort Des Moines Church of Christ, a nonprofit religious corporation,<br><br>Plaintiff,<br><br>v.<br><br>Angela Jackson, Patricia Lipski, Mathew Hosford, Tom Conley, Douglas Oelschlaeger, Lily Lijun Hou, and Lawrence Cunningham, each in his or her official capacity as Commissioners of the Iowa Civil Rights Commission; Kristen H. Johnson, in her official capacity as the Executive Director of the Iowa Civil Rights Commission; Tom Miller, in his capacity as the Attorney General of the state of Iowa; and the City of Des Moines, Iowa,<br><br>Defendants. | Case No. 4:16-cv-00403-SMR-CFB<br><br>**PLAINTIFF'S MOTION FOR PRELIMINARY INJUCTION**<br><br>**Oral Argument Requested** |

## MOTION

Plaintiff Fort Des Moines Church of Christ by and through its counsel, brings this Motion for a Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure, based on Plaintiffs Memorandum in Support of Its Motion for a Preliminary Injunction, the Declaration of Michael Demastus, and exhibits thereto, filed herewith, and the Verified Complaint previously filed with the Court.

Plaintiff seeks a preliminary injunction prohibiting the Defendants from enforcing or applying Iowa Code § 216.7 (1) (a) and (b) of the Iowa Civil Rights Act, and Des Moines City Code, § 62-136(1) and (2). Plaintiff respectfully requests oral argument on this motion. A proposed order is provided.

1

Respectfully submitted this 13th day of July, 2016.

                    COUNSEL:

                    /s/ Steven O'Ban
                    Steven O'Ban*
                    Erik Stanley*
                    Jeremy Tedesco*
                    ALLIANCE DEFENDING FREEDOM
                    15100 N 90th St
                    Scottsdale, AZ 85260
                    Tel.: 480-444-0020
                    Fax: 480-444-0028
                    soban@ADFlegal.org

                    Christiana Holcomb*
                    ALLIANCE DEFENDING FREEDOM
                    440 First Street NW, Suite 600
                    Washington, DC 20001
                    Tel.: 202-393-8690
                    Fax: 202-347-3622
                    cholcomb@ADFlegal.org
                    *Not licensed in DC*
                    *Practice limited to federal court*

                    Timm Reid
                    300 Walnut St Suite 5
                    Des Moines, IA 50309
                    Tel.: 800-217-9312
                    TReid@galliganlaw.com

                    Attorneys for Plaintiff

                    *Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Date: July 13, 2016

                                        /s/ Steven O'Ban
                                        Steven O'Ban